## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

RAYMOND L. SALTSMAN, JR.,          )
                                   )          Case No. 8:05cv238
                Plaintiff,         )
                                   )
        vs.                        )
                                   )          **ORDER**
VALMONT INDUSTRIES, INC.,          )
                                   )
                Defendant.         )

THIS MATTER came before the court for a Rule 16 planning conference. Appearing telephonically were Peter Rosenthal representing the plaintiff and Brian Nolan representing the defendant. After reviewing the status of the case and by agreement,

**IT IS ORDERED:**

1. The Rule 16 planning conference is continued to **March 20, 2006 at 10:30 a.m.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and then chambers, at (402) 661-7340.

Dated this 19th day of January 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge