## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAYMOND L. SALTSMAN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:05CV238 |
| vs. ) | |
| ) | ORDER |
| VALMONT INDUSTRIES, INC., ) | |
| ) | |
| Defendant. ) | |

This matter is before the court following the entry of a Final Progression Order [22] setting the case for trial before the Honorable Laurie Smith Camp. The parties have submitted a Consent to Exercise of Jurisdiction by a Magistrate Judge [23]. The Final Progression Order will be amended only as to the presiding judge:

**IT IS ORDERED:**

1. **A Jury trial** is set to commence **at 8:30 a.m. on October 24, 2006,** in Omaha, Nebraska, before the **Honorable F.A. Gossett, Magistrate Judge**.

2. All other deadlines and/or hearing dates set out in the court's Final Progression Order [22] remain in full force and effect.

Dated this 31st day of March 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge