UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA
OMAHA DIVISION

| | | |
|---|---|---|
| RAYMOND L. SALTSMAN, JR. | ) | CASE NO. 8:05CV238 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| VALMONT INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Motion for Enlargement of Time (Filing No. 33) to extend discovery in order for the Defendant to obtain Plaintiff's tax records. For good cause shown, the Court finds said Motion should be granted. Accordingly,

IT IS ORDERED that the Motion is granted; Defendant shall have until October 17, 2006, to obtain the tax records of the Plaintiff from the Internal Revenue Service or from some other entity.

DATED September 18, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge