IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAYMOND L. SALTSMAN, JR. | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 8:05CV238 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| VALMONT INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on DEFENDANT'S MOTION TO CONTINUE TRIAL (Filing No. 36). Based on previous communications from counsel, and for good cause shown, the court finds that said Motion should be granted.

IT IS ORDERED that the Motion to Continue Trial is granted, as follows:

1. The jury trial now set for October 24, 2006 is continued to **Tuesday, May 15, 2007 at 8:30 a.m.** before the undersigned.

2. The final pretrial conference now set for October 16, 2006 is continued to **Monday, April 30, 2007 at 9:00 a.m.**

3. Because discovery has not yet been completed, counsel shall file a stipulated discovery schedule to the undersigned no later than **October 10, 2006**. If a stipulation is not filed, the court will enter a revised discovery schedule on its own motion.

   **DATED September 28, 2006.**

                              BY THE COURT:

                              s/ F.A. Gossett
                              **United States Magistrate Judge**