# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RAYMOND L. SALTSMAN, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CV238** |
| **vs.** ) | |
| ) | **ORDER** |
| **VALMONT INDUSTRIES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

Upon review of the file,

**IT IS ORDERED** that the parties' stipulated discovery schedule [38] is approved and adopted as follows:

1. Plaintiff shall designate all expert witnesses by February 1, 2007.

2. Defendant must designate all expert witnesses by March 1, 2007.

3. All discovery shall be completed by April 13, 2007.

4. The deadline for serving pretrial disclosures in accordance with paragraph 3 of the Final Progression Order [22] is extended to April 16, 2007.

**DATED October 10, 2006.**

                                      **BY THE COURT:**

                                      **s/ F.A. Gossett**
                                      **United States Magistrate Judge**