FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

DEC 0 8 2006

OFFICE OF THE CLERK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

RAYMOND L. SALTSMAN, JR., )  Case Number: 8 : 05CV238
)
Plaintiff, )
)
v. ) **CONSENT TO EXERCISE**
) **OF JURISDICTION BY A**
) **UNITED STATES MAGISTRATE JUDGE**
VALMONT INDUSTRIES, INC., ) **AND**
) **ORDER OF REFERENCE**
Defendant )

### CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| *Craig A. Lombach* | For Midwestern Insurance Alliance  12/6/06 |
| | For | |
| | For | |
| | For | |
| | For | |

### ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable _____
_____, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

_____          _____
Date                                          United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

k:\clerk\proc\forms\consent.frm
08/15/03

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2006, I placed a copy of the foregoing Consent to Exercise of Jurisdiction by a United States Magistrate Judge and Order of Reference in the U.S. Mails, postage prepaid, addressed as follows:

Peter H. Rosenthal
Law Office of Peter H. Rosenthal
151 North Delaware Street, Suite 715
Indianapolis, IN 46206

Brian D. Nolan
Nolan, Olson, Hansen, Lautenbaugh & Buckley
The Exchange Building
1905 Harney Street, Suite 800
Omaha, NE 68102

Susan Decker