IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAYMOND L. SALTSMAN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:05cv238 |
| vs. ) | |
| ) | ORDER |
| VALMONT INDUSTRIES, INC., ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on its own motion concerning the final pretrial conference set for April 30, 2007.

**IT IS ORDERED:**

1. The final pretrial conference will be held at **10:00 A.M.,** on **Monday, April 30, 2007,** in the chambers of the undersigned magistrate judge, Suite 2210, Roman L. Hruska U. S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2. The conference will be conducted by Magistrate Judge David L. Piester.

Dated this 12th day of April 2007.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge