IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAYMOND L. SALTSMAN, JR., | ) | Case No. 8:05cv238 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| VALMONT INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Douglas Novotny, counsel for defendant,

**IT IS ORDERED:**

1. On or before **May 28, 2007,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Magistrate Judge F. A. Gossett, at Gossett@ned.uscourts.gov,  a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for April 30, 2007, and the trial set to begin on May 15, 2007, are cancelled upon the representation that this case is settled.

Dated this 27th day of April 2007.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAYMOND L. SALTSMAN, JR., | ) | Case No. 8:05cv238 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| VALMONT INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Douglas Novotny, counsel for defendant,

**IT IS ORDERED:**

1. On or before **May 28, 2007,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Magistrate Judge F. A. Gossett, at Gossett@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for April 30, 2007, and the trial set to begin on May 15, 2007, are cancelled upon the representation that this case is settled.

Dated this 27th day of April 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge