IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAYMOND L. SALTSMAN, JR. | ) | CASE NO. 8:05CV238 |
| Plaintiff, | ) | |
| MIDWESTERN INSURANCE ALLIANCE, | ) | |
| Intervenor, | ) | **STIPULATION FOR DISMISSAL** |
| vs. | ) | Magistrate Judge: Gossett |
| VALMONT INDUSTRIES, INC., | ) | |
| Defendant. | ) | |

COME NOW the Plaintiff, Raymond L. Saltsman, Jr., Midwestern Insurance Alliance, Intervenor, and the Defendant, Valmont Industries, Inc., by and through their respective counsel of record and hereby stipulate that the above-captioned matter may be dismissed, with prejudice, each party to pay their own costs, complete record waived, for the reason that same has been settled.

DATED this 23 day of May, 2007.

RAYMOND L. SALTSMAN, JR., Plaintiff

BY: _____
Peter H. Rosenthal #15963-49
Law Office of Peter H. Rosenthal
151 North Delaware Street, Suite 715
Indianapolis, Indiana 46206
Telephone: (317) 464-2089
E-mail: atyrosenthal@aol.com

MIDWESTERN INSURANCE ALLIANCE,
Intervenor

BY: *[signature]*

Craig A. Knickrehm, #16595
WALENTINE, O'TOOLE, McQUILLAN
  & GORDON
11240 Davenport Street
P. O. Box 154025
Omaha, Nebraska 68154-0125
Telephone: (402) 330-6300
Fax: (402) 330-6303
E-mail: cknickrehm@womglaw.com


VALMONT INDUSTRIES, INC.,
Defendant,

BY: *[signature]*

Brian D. Nolan #17764
NOLAN, OLSON, HANSEN,
LAUTENBAUGH & BUCKLEY, LLP
The Exchange Building
1905 Harney Street, Suite 800
Omaha, Nebraska 68102
Telephone: (402) 342-6233
Fax: (402) 342-9362
E-mail: bnolan@nolanolson.com