IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RAYMOND L. SALTSMAN, JR.    )
                        )
      Plaintiff,      )
                        )
MIDWESTERN INSURANCE    )
ALLIANCE,           )       8:05CV238
                        )
      Intervenor,   )
                        )      **ORDER OF DISMISSAL**
    vs.         )
                        )
VALMONT INDUSTRIES, INC.,  )
                        )
      Defendant.   )

This matter is before the Court on the Stipulation of the parties for dismissal of the above-captioned matter with prejudice, each party to pay their own costs, complete record waived.

The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii).

IT IS THEREFORE ORDERED that the Stipulation [51] is granted, and the above-captioned matter is dismissed with prejudice, each party to pay their own costs.

DATED May 23, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge